914 A.2d 869

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Fernando L. RIVERA, Petitioner.**

**No. 459 MAL 2006.**

Supreme Court of Pennsylvania.

Jan. 5, 2007.

## *ORDER*

PER CURIAM.

AND NOW, this 5th day of January 2007, the Petition for Allowance of Appeal is granted limited to the following issue:

Whether, under the Constitutions of the United States or Pennsylvania a subject may partially or selectively invoke his right to remain silent to certain topics of interrogation, despite having previously and validly waived the right to remain silent?